# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SEAN D. SPIDLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-0983 |
| ) | |
| THOMAS F. HOGAN, Judge, Director, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

The court is in receipt of a copy of the Complaint and Civil Cover Sheet in this case from *pro se* plaintiff Sean D. Spidle on September 27, 2012.

It is hereby **ORDERED** that the Clerk shall file these documents as part of the record in this case. The Clerk is further directed to furnish to Mr. Spidle a copy of this Order.

It is so **ORDERED.**

Enter this 27th day of September 2012.

_____
ALETA A. TRAUGER
United States District Judge